**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM LERMA BARBOZA, | No. CIV S-11-2863-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MIKE MARTEL, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a conviction issued by the Merced County Superior Court.  Merced County is part of the Fresno division of this court.  <u>See</u> Local Rule 120(b).  Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2  United States District Court for the Eastern District of California sitting in Fresno.

3

4  DATED: November 2, 2011

5

6  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE